

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00211-CV**

**DENNIS GREGORY DODSON,**

**Appellant**

**v.**

**BH MANAGEMENT SERVICES IOWA, INC.**
**F/K/A BH MANAGEMENT SERVICES, INC.,**
**BH MANAGEMENT SERVICES, LLC,**
**BH PLANTATION OAKS, INC.;**
**P.O. APARTMENTS LTD., BH EQUITIES LLC**
**F/K/A BH EQUITIES (TEXAS) LLC,**

**Appellees**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 17-000851-CV-361**

**MEMORANDUM OPINION**

Dennis Gregory Dodson appeals the trial court's granting of a summary judgment against Dodson. Following our standard policies and procedures, the Clerk of this Court notified Dodson by letter dated January 11, 2022, that his appellant's brief had not been filed. In the same letter, the Clerk warned Dodson that this appeal may be dismissed for

want of prosecution unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b).

More than 21 days have passed and neither a response nor a brief have been filed. Accordingly, this appeal is dismissed.  *Id.*


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Wright[1]
Appeal dismissed
Opinion delivered and filed February 16, 2022
[CV06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* Tex. Gov't Code §§ 74.003, 75.002, 75.003.